# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CESAR GONZALEZ,<br>Plaintiff,<br>v.<br>M. FIORELLA, *et al.*,<br>Defendants. | Case No. 1:23-cv-01359-BAM (PC)<br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br>(ECF No. 39)<br>Deadline: **December 18, 2026** |

Plaintiff Jaime Cesar Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants M. Fiorella and J. Huff for excessive force in violation of the Eighth Amendment.

Pursuant to the Court's September 8, 2026 Discovery and Scheduling Order, responses to written discovery requests are due forty-five days after the request is first served, and the deadline for completion of all discovery is May 8, 2027. (ECF No. 38.)

Currently before the Court is Defendants' request for extension of time to respond to Plaintiff's requests for production of documents and interrogatories, filed November 13, 2026. (ECF No. 39.) Defense counsel states that Plaintiff served his discovery requests on October 1, 2026, and Defendants' responses are currently due on November 18, 2026. Defense counsel declares that she has been diligently working on preparing responses. However, defense counsel

will be unable to provide responses to Plaintiff's written discovery requests within the current deadline because she is continuing to gather and review potentially responsive documents. Additionally, since receiving the request for production, defense counsel has been busy with tasks and deadlines in other matters, including a deposition, a settlement conference, and responses to written discovery. Defendants therefore request an additional thirty (30) days, up to and including December 18, 2026, to respond to Plaintiff's interrogatories and requests for production. (*Id.*)

Plaintiff has not yet had the opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to extend the deadline for Defendants to respond to Plaintiff's requests for production of documents and interrogatories. The Court further finds that Plaintiff will not be prejudiced by the brief extension of time, as responses to discovery will be received well before the deadline for completion of all discovery and no other deadlines will be changed by the requested extension of time.

Accordingly, Defendants' request for extension of time to respond to Plaintiff's discovery requests, (ECF No. 39), is HEREBY GRANTED**.** Defendants' responses shall be served on or before **December 18, 2026**.

IT IS SO ORDERED.

Dated: **November 18, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE